UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,                        No. 2:26-cr-5

    vs.

BREDON ALEXANDER HANKS,        Hon. MAARTEN VERMAAT
    a/k/a/ "Bread," a/k/a "Bread Honks"    U.S. Magistrate Judge

        Defendant.

_____/

## **GOVERNMENT'S MOTION FOR DETENTION**

The United States moves for pretrial detention of Defendant.  Defendant is charged with two counts of attempted possession of methamphetamine with intent to distribute and one count of attempted possession of cocaine with intent to distribute, all in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C); 846.  Each count is an "offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act."  18 U.S.C. §§ 3142(f)(1)(C).  Therefore, the court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community."  18 U.S.C. § 3142(f)(1).  There is also a rebuttable presumption of detention for this offense.  18 U.S.C. § 3142(e)(3)(A).  Under § 3142(f), the United States moves for a continuance of 3 days to prepare for the hearing.

                      Respectfully submitted,

                      TIMOTHY VERHEY
                      United States Attorney

Dated: March 30, 2026                    /s/ Theodore J. Greeley
                                         THEODORE J. GREELEY
                                         Assistant United States Attorney